**Order entered September 22, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00742-CV

### IN RE N.R. AND IRMA RAMIREZ (HEREINAFTER N.R. AND IRENE RAMIREZ), Relators

**Original Proceeding from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01130-2020**

### ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus, and **DENY** relators' motion for temporary relief as moot.

/s/     LESLIE OSBORNE
        JUSTICE